# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ **Western** ☐ **St. Joseph** | | **Jackson** | ☑ **Secret Indictment** |
| ☐ **Central** ☐ **Southern** | | County and | ☐ **Juvenile** |
| ☐ **Southwestern** | | elsewhere | |

**Defendant Information**
Defendant Name      Richard Alan Sigsbury
Alias Name
Birthdate      11/24/1962

**Related Case Information**

Superseding Indictment/Information ☐ Yes ☑ No   if yes, original case number _____

New Defendant ☑ Yes ☐ No
Prior Complaint Case Number, if any _____

**U.S. Attorney Information**
AUSA Katharine Fincham

**Interpreter Needed**
☐ Yes
     Language and/or dialect _____
☐ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required   ☐ Yes ☐ No
Warrant Required   ☑ Yes ☐ No

**U.S.C. Citations**
Total # of Counts ____ 10 ____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:2252A.F/6300/4 | Activities Relating to Material Constituting or Containing Child Pornography | 1, 2, 3, 8, 9 |
| 2 | 18:2251.F/6110/4 | Sexual Exploitation of Minors | 4, 5, 6, 7 |
| 3 | 18:1466.F/6300/4 | Selling/Transferring Obscene Material | 10 |
| 4 | | | |
| 5 | | | |

Date ___ 10/15/2013 ___      Signature of AUSA ___ */s/ Katharine Fincham* ___